Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

UNITED STATES DISTRICT COURT
for the
Southern District of Florida
Civil Division

FILED BY _____ D.C.
SEP 11 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Sherese Godschild, MSCS
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

McDonald's Corporation
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Sherese Godschild, MSCS
Street Address: 2031 Harrison Street
City and County: Hollywood (Broward)
State and Zip Code: FL 33020
Telephone Number: 954-608-1570
E-mail Address: sherese.godschild@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: McDonald's Corporation
- Job or Title (if known): c/o Prentice-Hall Corporation System, Inc.
- Street Address: 1201 Hays Street, Suite 105
- City and County: Tallahassee (Leon)
- State and Zip Code: FL 32301
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

14th Amendment of the Constitution of the United States of America

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Sherese Godschild, MSLS, is a citizen of the State of *(name)* Florida.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* N/A.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* N/A, is a citizen of the State of *(name)* N/A. Or is a citizen of *(foreign nation)* N/A.

b. If the defendant is a corporation

The defendant, (name) __McDonald's Corporation__ is incorporated under the laws of the State of (name) __Delaware__, and has its principal place of business in the State of (name) __Illinois__.

Or is incorporated under the laws of (foreign nation) __N/A__,

and has its principal place of business in (name) __N/A__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy __$1,000,000__

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

The Defendant has willfully and maliciously and blatantly violated the Plaintiff's sacred and fundamental 14th Amendment Right to due process when they trespassed the Plaintiff without cause and based on false information and threatened to arrest the Plaintiff based on same false trespass claim; and refused to correct the false trespass after Plaintiff sent a claim letter on 7/10/23 via Fed Ex to the Defendant and the Defendant ignored the Plaintiff's letter.

### III. Statement of Claim

Striking Defendant Plaintiff was invited to do a delivery from #01901 on 5/16/23.

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On or about 5/16/23 the Plaintiff called BSO to McDonald's store #01901 in Dania Beach, FL because one of the McDonald's employees scratched the Plaintiff with unwanted touch and w/o consent. The McDonald's employees told the BSO to trespass the Plaintiff without grounds, with prejudice, and without informing the Plaintiff. The Plaintiff asked the McDonald's Risk Management company about settling the trespass matter and the NAR employee said the Plaintiff would have to file a separate claim, which she did. The Plaintiff was surprised when the Plaintiff was again invited to the same McDonald's to do another delivery as on 5/16/23. BSO threatened to arrest her for trespass she had no knowledge of on 5/20/23.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Claim (cont'd) As a result, the Plaintiff and her family can no longer attend subject McDonald's, her 14th Amendment right was violated, she lives in fear of being unfairly arrested for trespass at this McDonald's, her public accommodation rights were also violated, and the Defendant did not have grounds/basis to trespass the Plaintiff, nor was the Plaintiff lawfully trespassed.

Relief $1,000,000 for the violation of Plaintiff's 14th Right, public accommodation right, and any other relief this Honorable Court sees fit.

V.      **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.      **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    9/11/23

Signature of Plaintiff      SG all rights reserved
Printed Name of Plaintiff   Sherese Godschild, MSCS

B.      **For Attorneys**

Date of signing:    N/A

Signature of Attorney       N/A
Printed Name of Attorney    N/A
Bar Number                  N/A
Name of Law Firm            N/A
Street Address              N/A
State and Zip Code          N/A
Telephone Number            N/A
E-mail Address              N/A